IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ALLDREDGE,                             No. C-10-3695 TEH (PR)

        Plaintiff,

        v.                                    ORDER OF TRANSFER

ARNOLD SCHWARZENEGGER,

        Defendant.
_____/

Plaintiff, a prisoner presently incarcerated at High Desert State Prison in Susanville, California, and frequent litigant in federal court, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at that facility violated his constitutional rights. Doc. #1.

A substantial part of the events or omissions giving rise to the claim(s) occurred in Lassen County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

//

1    Accordingly, in the interest of justice and pursuant to 28
2 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to
3 the United States District Court for the Eastern District of
4 California.
5    The Clerk shall transfer this matter terminate all pending
6 motions as moot and close the file.

9    IT IS SO ORDERED.

12 DATED   09/02/10
    THELTON E. HENDERSON
13    United States District Judge

26 G:\PRO-SE\TEH\CR.10\Alldredge-10-3695-transfer-caed.wpd

**2**